## ALMON et al. v. GARRETT et al.    ALMON et al. v. FULLER et al.

EVANS, P. J. There was no abuse of discretion in refusing an injunction in the first-named case, and in granting an injunction in the last-named case; and the judgment in each is

*Affirmed. All the Justices concur.*

Argued February 8,—Decided March 10, 1909,

Petitions for injunction. Before Judge Reagan. Spalding superior court. January 20, March 9, 1908.

*Oliver C. Hancock* and *Sidney W. Hatcher,* for plaintiffs in error.

*Robert T. Daniel,* contra.